# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PLASMA ARC TECHNOLOGIES, INC.,

    Plaintiff,

v.

JOHN VOORHES, *et al.*,

    Defendants.

Case No. 2:10-CV-01176-KJD-LRL

**ORDER**

    Plaintiff's Complaint (#1) was filed July 15, 2010.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint.  The 120 day time period for effecting service of the summons and complaint upon Defendants expired no later than November 12, 2010.  Plaintiff has not yet filed proof of service.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including November 30, 2010 to file proof of service of the summons and complaint within the allowed time. If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

    DATED this 15th day of November 2010.

_____
Kent J. Dawson
United States District Judge