1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

10 PLASMA ARC TECHNOLOGIES, INC.,

11      Plaintiff,                         Case No. 2:10-CV-01176-KJD-LRL

12 v.                                   **ORDER**

13 JOHN VOORHES, *et al.*,

14      Defendants.

15

16        Plaintiff's complaint was filed on July 15, 2010.   Federal Rule of Civil Procedure 4(m)

17 requires service of summons and complaint to be made upon a defendant 120 days after the filing of

18 the complaint.  The 120 day time period for effecting service of the summons and complaint upon

19 Defendants expired no later than November 12, 2010.  On November 15, 2010, the Court ordered

20 Plaintiff to file proof of service of the summons and complaint no later than November 30, 2010, and

21 warned Plaintiff that failure to do so would result in the complaint against Defendants being

22 dismissed without prejudice.

23 ////

24 ////

25 ////

26

Plaintiff has failed to file proof of service on Defendants, or to otherwise respond to the Court's order.  Therefore, the Court dismisses Plaintiff's complaint without prejudice against Defendants for failure to serve Defendants in compliance with Rule 4(m).

**IT IS SO ORDERED.**

DATED this 14th day of December 2010.

_____
Kent J. Dawson
United States District Judge